IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-083-RLV-DCK

| | |
|---|---|
| 3A COMPOSITES USA, INC.,<br>a Missouri Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED INDUSTRIES, INC.,<br>an Arkansas Corporation, and<br>WESLEY PAULIN,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)   <u>**ORDER**</u><br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Eric D. Welsh, concerning L. Kyle Heffley on June 26, 2013. Mr. Heffley seeks to appear as counsel *pro hac vice* for Defendant United Industries, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED**. Mr. L. Kyle Heffley is hereby admitted *pro hac vice* to represent Defendant United Industries, Inc.

    **SO ORDERED**.

Signed: June 26, 2013

David C. Keesler
United States Magistrate Judge