IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:13-CV-083-RLV-DCK

| | |
|---|---|
| 3A COMPOSITES USA, INC., a Missouri Corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED INDUSTRIES, INC., an Arkansas Corporation, and WESLEY PAULIN,  )<br>)<br>)<br>)<br>Defendants.  )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by Edward B. Davis, concerning Brian D. Malkmus on July 8, 2013.  Mr. Malkmus seeks to appear as counsel *pro hac vice* for Defendant Wesley Paulin.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED**.  Mr. Brian D. Malkmus is hereby admitted *pro hac vice* to represent Defendant Wesley Paulin.

**SO ORDERED**.

Signed: July 9, 2013

David C. Keesler
United States Magistrate Judge