IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-083-RLV-DCK

| | |
|---|---|
| 3A COMPOSITES USA, INC., a Missouri Corporation, ) ) ) Plaintiff, ) ) v. ) ) UNITED INDUSTRIES, INC., ) an Arkansas Corporation, and ) WESLEY PAULIN, ) ) Defendants. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding "Defendants' Joint Motion To Transfer Venue" (Document No. 18). Plaintiffs filed their "Brief In Opposition To Defendants' Motion To Transfer Venue" (Document No. 22). Defendants failed to file a reply brief in support of their motion, or notice of intent not to reply, and the time to do so has lapsed. See Local Rule 7.1(E).

**IT IS, THEREFORE, ORDERED** that Defendants shall file a reply brief, or notice of withdrawal of their motion to transfer, on or before **August 16, 2013**.

**SO ORDERED**.

Signed: August 8, 2013

David C. Keesler
United States Magistrate Judge